

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Modified by 5889

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. O-3955-B
Re: Payment of the official
court reporters in the
28th District Court and
the Criminal District Court
at Corpus Christi, Texas.

Your letter of June 11, 1943, requesting the opinion of this department on the above stated matter, reads in part as follows:

"In your Opinion #O-3955 issued under date of November 5, 1941, your decision was that the salaries of the official court reporter of the 117th, 94th, 28th, and Criminal District Courts was to the effect it should not exceed $2,700.00 per annum. Under date of January 24, 1942, this office addressed a letter to you with reference to the above mentioned opinion, in which we asked your further consideration of the matter, stating that we believed the legislative intent in Article 2326b was that reporters, in counties of large populations, should receive additional compensations.

"Under date of April 6, 1943, B. R. Alexander, court reporter of the 94th District Court, filed a suit against the county to recover the difference in the salary allowed under Article 2327a of $2,700.00 per annum and that of Article 2326b under which he would receive compensation of $3,000.00 per annum. The above mentioned suit was called for trial May 14, 1943, at which time a judgment was rendered by the 117th District Court

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

that the plaintiff would be awarded the differ-
ence in salary and that hereafter the salary of
the official court reporter of the 94th District
Court and 117th District Court be paid on the basis
of $3,000.00, per annum.

"In view of the judgment rendered in which
the shorthand reporter for the 117th and 94th Dis-
trict Courts are to be paid on the basis of $3,000.-
00 per annum, would your opinion be changed with
reference to the payment of the court reporter in
the 28th District Court and Criminal District
Court? In other words, do you believe they would
be entitled to the increase on the per annum basis
in Nueces County?

". . .."

Our Opinion No. 0-3955, referred to in your letter,
is a limited conference opinion addressed to you and approved
November 5, 1941. That opinion holds that the official short-
hand reporters for each of the four named district courts (the
94th, 117th, 28th and the Criminal District Court) is entitled
to the salary of $2,700.00 per annum, each, in addition to the
compensation for transcript fees and allowance for expenses
now provided by law. At your request Opinion No. 0-3955 was
reconsidered by this department in Opinion No. 0-3955-A where-
in it was held "Upon reconsideration we have reached the con-
clusion that Limited Conference Opinion No. 0-3955 of this
department is correct and we adhere to said ruling."

You state in effect that the official court reporter
of the 94th District Court filed a suit against the county on
or about April 6, 1943, to recover the difference in salary
allowed under Article 2327a of $2,700.00 per annum, and that
of Article 2326b under which he would receive compensation of
$3,000.00 per annum. The suit was called for trial May 14,
1943, at which time a judgment was rendered by the 117th Dis-
trict Court that the plaintiff would be awarded the difference
in salary and that hereafter the salary of the official court
reporter of the 94th District Court and the 117th District Court
be paid on the basis of $3,000.00 per annum. Apparently no ap-
peal has been taken from this judgment of the court and until
such judgment is set aside or suspended by appeal the same will
be controlling insofar as it affects the parties in said suit.

Honorable C. J. Wilde, page 3

However, we believe that our Opinion No. O-3955 correctly construes the law applicable to the questions under consideration in said opinion. As the official court reporters of the 28th District Court and the Criminal District Court were not parties to the suit above mentioned, it is our opinion that the judgment of the court heretofore mentioned would have no application to said reporters. As stated in our Opinion No. O-3955, it is our opinion that each of said reporters in the 28th District Court and the Criminal District Court are entitled to the salary of $2,700.00 per annum, in addition to the compensation for transcript fees and allowance for expenses now provided by law.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

APPROVED JUN 25, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

AW:db


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN